

# United States District Court
# Eastern District of California

| Kaylin Footman | | Case Number: 2:24-cv-03203-DC-CSK |
|---|---|---|
| Plaintiff(s) | | |

V.

| County of Sacramento, et al | | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
|---|---|---|
| Defendant(s) | | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Nneka Ewulonu hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Kaylin Footman

On 01/18/2022 (date), I was admitted to practice and presently in good standing in the Supreme Court of Georgia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have / [✓] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/21/2025        Signature of Applicant: /s/ Nneka Ewulonu

**Pro Hac Vice Attorney**

Applicant's Name: Nneka Ewulonu
Law Firm Name: Disability Law United
Address: 1905 Sherman Street, Suite 200 #1282

City: Denver  State: CO  Zip: 80203
Phone Number w/Area Code: (303) 757-7901
City and State of Residence: Lawrencevillem, GA
Primary E-mail Address: newulongu@dlunited.org
Secondary E-mail Address: nnekaewulonu@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia L. Rice
Law Firm Name: Disability Law United
Address: 131 Steuart Street, Suite 400

City: San Francisco  State: CA  Zip: 94105
Phone Number w/Area Code: (303) 551-5389  Bar #: 87630

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 21, 2025

Dena Coggins
United States District Judge