

# United States District Court
# Eastern District of California

Kaylin Footman

Plaintiff(s)

V.

County of Sacramento,et al

Defendant(s)

Case Number: 2:24-cv-03203-DC-CSK

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Ayelet Weiss _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Kaylin Footman

On _____12/19/2013_____ (date), I was admitted to practice and presently in good standing in the

_____Supreme Court of Maryland_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date:_____04/14/2026_____    Signature of Applicant: /s/ Ayelet Weiss _____

**Pro Hac Vice Attorney**

Applicant's Name: Ayelet Weiss

Law Firm Name: Disability Law United

Address: 1905 Sherman Street, Suite 200 #1282

City: Denver    State: CO    Zip: 80203

Phone Number w/Area Code: (303) 757-7901

City and State of Residence: Rockville, Maryland

Primary E-mail Address: aweiss@dlunited.org

Secondary E-mail Address: ayeletrw@gmail.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cynthia L. Rice

Law Firm Name: Disability Law United

Address: 131 Steuart Street, Suite 400

City: San Francisco    State: CA    Zip: 94105

Phone Number w/Area Code: (303) 551-5389    Bar # 87630

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: April 23, 2026

Dena Coggins
United States District Judge